**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: OVEL TORRES
MILEIDY TORRES

Case No: 10-49623-RAM
Chapter 13

Debtors /

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 7TH_ day of February 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/Robert Sanchez*__________________
Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Ocwen Financial Corporation - HomEq
c/o William Erbey, CEO
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409

Bank of America, N.A.
P.O. Box 26012
Greensboro, NC 27410

Bank of America Corporation
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Ocwen Financial Corporation - HomEq
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation
Brian T. Moynihan, CEO
401 N Tryon ST, NC1-021-02-20
Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

Submitted By:
/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161