UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: 10-49623-RAM

☒ 1st Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ovel Torres
Last Four Digits of SS# xxx-xx-3263

CO-DEBTOR: Mileidy Torres
Last Four Digits of SS# xxx-xx-3267

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 341.97 for months 1 to 60 ;
B. $________ for months ______ to ______;
C. $________ for months ______ to ______ in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,750.00 + ($500.00 Motion to Value)=$4,250.00
TOTAL PAID $ 2,000.00
Balance Due $ 2,250.00 payable $ 187.50 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address ______________

Arrearage on Petition Date $ ________
Arrears Payment $________/month (Months____ to ___)
Arrears Payment $________/month (Months____ to ___)
Regular Payment $________/month (Months____ to ___)

2. ______________

Arrears Payment $________
Arrears Payment $________/month (Months____ to ___)
Regular Payment $________/month (Months____ to ___)
Arrears Payment $________/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan#6821xxxxxxxxxx<br>Prop Address: 1099 W 65th St<br>Hialeah, FL 33012 | Homestead Property<br>$200,815.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a

Total Due $________
Payable $________/month (Months ____to ___)

Unsecured Creditors: Pay $ 120.27 month (Months 1 to 12 ).Pay $307.77/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtors are paying Ocwen Loan Services (Loan No. xxxxx8118) directly outside the plan. The debtors will provide copies of his income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary.

**I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.**

**Debtor**
**Date:** 04-11-11

**Joint Debtor**
**Date:** 04-11-11